UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 20CR40015-TSG |
| ) | |
| Austin Nedved ) | |

Assented-to Motion to Continue Sentencing Hearing

The defendant moves for a continuance of the currently scheduled sentencing hearing on April 7 2021 to 30-days.

In support:

1. This defendant has instructed his attorney to file certain objections to the PSR which require further investigation by Attorney Nathan
2. additional time is required to prepare sentencing memorandum and enlargement of time outlined in the procedure order is additionally requested by way of this motion for the filing of same
3. the instant pleading is assented to by the assistant United States attorney.

THE DEFENDANT

By his Attorney,

/s/ Geoffrey G. Nathan, Esq.

Geoffrey G. Nathan
BBO #552110
132 Boylston Street – 5th Floor
Boston, MA 02116
(617) 472-5775

assented to (as to sentencing date continuance): Seth Kosto, AUSA

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail and on ECF on 3/25/21
/s/ Geoff G. Nathan